Same case below, 348 Fed. Appx. 524.

No. 09-10628. Elliot J. Scott, aka Calvin Scott, Petitioner v. Burl Cain, Warden.

561 U.S. 1032, 130 S. Ct. 3519, 177 L. Ed. 2d 1103, 2010 U.S. LEXIS 5405.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 364 Fed. Appx. 850.

No. 09-10640. William Camp, Petitioner v. Ed Sheldon, Warden.

561 U.S. 1032, 130 S. Ct. 3519, 177 L. Ed. 2d 1103, 2010 U.S. LEXIS 5351.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 09-10656. Steven Crain, Petitioner v. Nevada Parole and Probation, et al.

561 U.S. 1032, 130 S. Ct. 3519, 177 L. Ed. 2d 1103, 2010 U.S. LEXIS 5395, ▮

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 09-10658. Jamie Perkins, Petitioner v. United States.

561 U.S. 1032, 130 S. Ct. 3520, 177 L. Ed. 2d 1103, 2010 U.S. LEXIS 5518.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 364 Fed. Appx. 133.

No. 09-10678. Glenn Winningham, Petitioner v. Neil V. Wake, Judge, United States District Court for the District of Arizona, et al.

561 U.S. 1032, 130 S. Ct. 3520, 177 L. Ed. 2d 1103, 2010 U.S. LEXIS 5444.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

No. 09-10691. Donald G. Becker, Petitioner v. Al Luebbers, Superintendent, Farmington Correctional Center.

561 U.S. 1032, 130 S. Ct. 3520, 177 L. Ed. 2d 1103, 2010 U.S. LEXIS 5389.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 578 F.3d 907.

No. 09-10760. John H. Smith, Petitioner v. Don Roper, Superintendent, Potosi Correctional Center.

561 U.S. 1032, 130 S. Ct. 3521, 177 L. Ed. 2d 1103, 2010 U.S. LEXIS 5416, ▮

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 09-10769. Shannon David Boyle, Petitioner v. Arkansas.

561 U.S. 1032, 130 S. Ct. 3521, 177 L. Ed. 2d 1103, 2010 U.S. LEXIS 5333.

June 28, 2010. Petition for writ of certiorari to the Supreme Court of Arkansas denied.